```
           UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

**Michael Askenaizer, Esq.,**
**as Trustee for the Chapter 7**
**Debtor Beaconvision, Inc.**

    **v.**                                  Case No. 09-cv-63-PB

**Vicoria Moate, d/b/a New Century**
**Title Abstract and Stanley Moate**


## O R D E R

This case shall be reassigned to Senior District Judge Joseph DiClerico for resolution.

SO ORDERED.

                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

April 21, 2009

cc:  Steven M. Notinger, Esq.
     J. Daniel Marr, Esq.
     Michael S. Askenaizer, Esq.
     Michael C. Palermo, Esq.
     Mark W. Shaughnessy, Esq.
     Geraldine L. Karonis, Esq.
     US Bankruptcy Court-NH